

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00589-CV

**IN THE INTEREST OF M.T., A CHILD**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 17-09-34741-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **October 29, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk